# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2264
LT Case No. 42-2022-DP-000248

_____

J.K., FATHER OF E.J.K., and
L.V.K., CHILDREN,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, and Alejandro F. Garcia, Pro Bono for the Florida
Statewide Guardian ad Litem Office, Coral Gables, for Guardian
ad Litem.

November 7, 2025

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————